### Exhibit A to the Complaint

**Location:** Coventry, CT  **IP Address:** 96.32.40.252
**Total Works Infringed:** 29  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02-15-2022 03:23:50 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 2 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 01-31-2022 23:40:05 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 3 | Info Hash: 35550D0E94DF125C07A835DA795FB0110C059CB8<br>File Hash: ECD9E5DFE60684BF860690914F3CA57F19CD6D5AE6306BC052D79558BED06CD9 | 01-16-2022 18:00:30 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 4 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash: 5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-11-2022 21:29:43 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 5 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash: FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-04-2022 17:49:42 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 6 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 12-26-2021 21:04:03 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 7 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash: 66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 12-20-2021 23:40:24 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 8 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-05-2021 20:37:06 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 4A7E50403E077C6CFE5F4E27B9107F54F465601D<br>File Hash: 5191421E1753A446B96ADE902B5C16723834281B47CEA111A8F7C3D1ACEEE4EC | 11-23-2021 22:15:49 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 10 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 11-07-2021 20:23:12 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 11 | Info Hash: 6EF0A990E2D6BED03ACBC94E6B32574AECDD887E<br>File Hash: 11FE592AC86B40021DC11C07FF2DE45F5B9C4DBD2F4EEEBCE1318DEC8054A07E | 10-11-2021 20:31:06 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 12 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash: 622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 10-01-2021 21:20:51 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 13 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 09-21-2021 00:01:31 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 14 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-15-2021 22:29:57 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 15 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-06-2021 20:27:11 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 16 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 08-30-2021 22:21:06 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 17 | Info Hash: 69908303363D635A5C0989EFC8F2370F9107ADC1<br>File Hash: AC69B5FB8F99E10E0567B0D0D2DF5A8E9EB6DA595CACA93A61DEB1D17D08AD93 | 08-15-2021 18:26:41 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-26-2021 23:08:28 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 19 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-13-2021 00:24:49 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 20 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-09-2021 23:01:52 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 21 | Info Hash: 27338B5E987C3D802911ADA3ED99200789C6555E<br>File Hash: 82B975CC4D154F94341E7840D7EB9DC0068FD664145CF2A3B9248EB22670B654 | 07-03-2021 21:09:52 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 22 | Info Hash: B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03<br>File Hash: 685811A7F6C3A6F69A48B696E34E82381019290C19CFE6B5910C24C1D8B5C097 | 06-23-2021 00:13:17 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 23 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-08-2021 23:16:56 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 24 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 06-03-2021 02:25:43 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 25 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 05-26-2021 20:03:58 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 26 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash: 8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 05-09-2021 20:42:28 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D868AF75E88D4458311F4BB5882BC2C292DF8E86<br>File Hash: AF2CA8B2EBA9FFD844C570A0AEE3DCA505B5F667FDF16D8CAF4A4FDD1F5F0581 | 04-21-2021 01:18:17 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 28 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 04-07-2021 19:24:46 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 29 | Info Hash: F3A56FB24B2D38FBF36EA4BEDFA1229299BEF6F5<br>File Hash: B215D9EE13B23D22DEEB29D2EAB102D34CAF24679286EE578125674E5D884608 | 04-07-2021 01:31:59 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |